**JUDGE ROBERT J. BRYAN**

IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CR11-5408 RJB |
| | ) | |
| vs. | ) | ORDER SEALING AFFIDAVIT OF |
| | ) | COUNSEL IN SUPPORT OF MOTION |
| REGINALD IRVIN, | ) | FOR WITHDRAWAL |
| | ) | |
| Defendant. | ) | |
| ——————————————— | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion for Withdrawal,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

Dated this <u>1st</u> day of June, 2012.

_____
Robert J Bryan
United States District Judge

Presented by:
KAREN L. UNGER, P.S.

s/ *Karen L. Unger*
KAREN L. UNGER
Attorney for Defendant

_____
ORDER SEALING AFFIDAVIT OF COUNSEL IN
SUPPORT OF MOTION FOR WITHDRAWAL
PAGE 1
Q:\RJB\out\irvinsealord.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688